# Form — Motion for Summary Judgment by Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF THE SOUTHEASTERN DIVISION

| | |
|---|---|
| Aimee Droege )<br>405 Waterway Drive )<br>St. Charles, MO 63304 )<br> )<br>Plaintiff, )<br> )<br> )<br> v. )<br> )<br> )<br>Clerk of the U.S. District )<br>Court )<br>111 S. 10th St. Room 3.300 )<br>St. Louis, MO 63102 )<br> )<br>Defendant. ) | Case No. _____<br><br>Judge. _____ |

## MOTION FOR SUMMARY JUDGMENT BY PLAINTIFF

    Plaintiff, by and through counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves the Court to enter summary judgment for the plaintiff on the ground that there is no genuine issue as to any material fact, and the plaintiff is entitled to judgment as a matter of law.

    In support of this motion, plaintiff refers to the record herein including the amended complaint, the answer therein, the defendant's amendment to the answer, and plaintiffs annexed affidavit sworn to the 21st day of January 2023.

Date: 1/21/2023

Respectfully submitted,

*[signature: Aimee Lee Droege]*

Aimee Droege Attorney (Pro se)
405 Waterway Drive
St. Charles, MO 63304

## Works Cited

1. Andrews, Evan, Patrick Henry's "Liberty or Death" Speech (2018) www.history.com

2. Animal Protection Agency of New Mexico, Understanding the Differences Between Statutes, Regulations, Ordinances, and Common Law, (2021) www.apnm.org

3. Cornell Law School, 15 U.S. Code Sec. 1825 (c) (2021) www.law.cornell.edu

4. Cornell Law School, Feminist Jurisprudence (2020) www.law.cornell.edu

5. Cornell Law School, Thirteenth Amendment (2021) www.law.cornell.edu

6. Daley, James, Great Speeches by American Women (1st ed. 2007)

7. Fed. R. Civ. P. 11

8. Fed. R. Civ. P. 6(b)(2)

9. FindLaw, what is Invasion of Privacy? (2019)

10. Gast, John, American Progress 1872, Library of Congress (1872)

11. Halbert, Terry, Law and Ethics in the Business Environment, (8th ed. 2015)

12. Hart, William, Litigation and Trial Practice (6th ed. 2007) Thomson Delmar Learning

13. Howe, Julia Ward, "The Battle Hymn of the Republic," "Mine Eyes have seen the Glory," using music from the song, "John Brown's Body," (November 1861)

14. Jefferson, Thomas, The Declaration of Independence (1776) (2020) www.ushistory.org

15. Kanovitz, Jacqueline R., Constitutional Law for Criminal Justice, (14th ed. 2015)

16. Klotter, John C., Justice Administration Legal Studies

17. Kotler, Peter H. Diamandis & Steven, Bold (2015)

18. Michigan Legal Publishing Ltd. Federal Rules of Civil Procedure Rule 11, (2016)

19. Miller, Roger LeRoy, Fundamentals of Business Law (2015)

20. Murphy, Mark C., Philosophy of Law: The Fundamentals 197, (2007)

21. ADA National Network, An Overview of the Americans with Disabilities Act, (2017)

22. Okrent, Kathy, Legal Terminology with Flashcards 4th edition, (2011) Cengage Learning

23. Okrent, Cathy, J.D., Torts and Personal Injury Law 5th Revised Edition (2014)

24. Oyez, Tinker v. Des Moines Independent Community School District (2021) 393 US 503(1969) www.oyez.org

25. Pascarelli, Dina Marie, DePaul University, DePaul-LCA Journal of Art and Entertainment Law, Casey Martin V PGA Tour, Inc.: A New Significance to a Golfer's Handicap (1998)

26. Peterson, Michelle, 6 Types of Human Trafficking (2018)

27. Starpoint Law, Duty of Care: Civil Code 1714 in California (2021)

28. Tardi, Carla, Utilitarianism (2020) www.Investopedia.com

29. Thomas Nelson Publishers, Good News Bible Todays English Version (1976)

30. United States Department of Labor, Equal Pay for Equal Work/ U.S. Department of Labor (2021)

31. Up Counsel, Inc., "Binding contracts: Everything you need to know" (2020) www.upcounsel.com

32. The Writing Lab & The Owl at Purdue University, Critical Race Theory (1970s-present) (2020)